1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9 | RICHARD C. HANNA,                           1:12cv00501 DLB

10 |               Plaintiff,            ORDER FINDING SERVICE OF COMPLAINT
                                        APPROPRIATE AND FORWARDING
11 |     v.                             SERVICE DOCUMENTS TO PLAINTIFF FOR
                                        COMPLETION AND RETURN WITHIN
12 | MARIPOSA COUNTY SHERIFF DEPT.,     THIRTY DAYS
   | DEPUTY BOEHM, RUMFELT, RAMERIZ
13 | AND KING;

14 |               Defendants.

15 | _____/

16        Plaintiff Richard Charles Hanna ("Plaintiff") is a county inmate proceeding pro se and in

17 forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1985.

18 Plaintiff filed this action on April 2, 2012.  The Court has screened Plaintiff's complaint pursuant

19 to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief against Defendants

20 Mariposa County Sheriff Dept., and Deputies Boehm, Rumfelt, Rameriz, and King.  Fed. R. Civ.

21 P. 8(a).  Accordingly, it is HEREBY ORDERED that:

22        1.      Service is appropriate for the following defendants:

23                MARIPOSA COUNTY SHERIFF DEPT.

24                DEPUTY BOEHM

25                DEPUTY RUMFELT

26                DEPUTY RAMERIZ

27                DEPUTY KING

28

1

2.      The Clerk of the Court shall send Plaintiff one (1) USM-285 forms, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed April 2, 2012, for each named defendant.

3.      Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

a.      Completed summons;

b.      One completed USM-285 form for the defendants listed above; and

c.      Six (6) copies of the endorsed complaint filed April 2, 2012.

4.      Plaintiff need not attempt service on Defendant and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.      The failure to comply with this order will result in a recommendation that this action be dismissed.


IT IS SO ORDERED.

   **Dated:   June 25, 2012**                    _____/s/ **Dennis L. Beck**_____
                                                 UNITED STATES MAGISTRATE JUDGE

2