# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. HANNA, | 1:12cv00501 DLB |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| MARIPOSA COUNTY SHERIFF DEPT., DEPUTY BOEHM, RUMFELT, RAMERIZ AND KING; | |
| Defendants. | |

Plaintiff Richard Charles Hanna ("Plaintiff") is a county inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1985. Plaintiff filed this action on April 2, 2012. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief against Defendants Mariposa County Sheriff Dept., and Deputies Boehm, Rumfelt, Rameriz, and King. Fed. R. Civ. P. 8(a). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    MARIPOSA COUNTY SHERIFF DEPT.

    DEPUTY BOEHM

    DEPUTY RUMFELT

    DEPUTY RAMERIZ

    DEPUTY KING

1

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 forms, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed April 2, 2012, for each named defendant.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for the defendants listed above; and

   c. Six (6) copies of the endorsed complaint filed April 2, 2012.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **June 25, 2012**              /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE