# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. HANNA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MARIPOSA SHERIFF DEPT, et al.,<br><br>　　　　　Defendants. | ) 1:12cv0501 AWI DLB<br>)<br>) ORDER VACATING FINDINGS AND<br>) RECOMMENDATIONS<br>) (Document 14)<br>)<br>) ORDER DIRECTING CLERK TO<br>) RE-SERVE DOCUMENTS 12 AND 13<br>)<br>) ORDER DIRECTING PLAINTIFF TO<br>) RETURN DOCUMENTS |

　　　　Plaintiff Richard C. Hanna ("Plaintiff"), appearing pro se and proceeding in forma pauperis, filed the instant action on April 2, 2012.

　　　　On June 25, 2012, the Court issued an order finding service of the complaint proper and instructing Plaintiff to complete and return service documents within thirty (30) days. On August 20, 2012, after more than thirty (30) days had passed and Plaintiff had not returned the documents, the Court issued Findings and Recommendations regarding dismissal of the action.

　　　　On September 5, 2012, the Findings and Recommendations were returned by the United States Postal Service as undeliverable.

　　　　On October 31, 2012, Plaintiff submitted a Notice of Change of Address. The Court re-served the Findings and Recommendations on November 1, 2012.

On November 29, 2012, Plaintiff filed a document entitled, "Objections" and explained that he had not received the prior documents. Contrary to Plaintiff's belief, this action has NOT been dismissed.

Accordingly, because Plaintiff filed a timely Notice of Address Change, the Court VACATES the August 20, 2012, Findings and Recommendations.

The Clerk of the Court is ORDERED to RE-SERVE the Informational Order (Document 12) and the Order Directing Plaintiff to Return Service Documents, including USM instructions (Document 13).

Plaintiff SHALL RETURN THE SERVICE DOCUMENTS, as explained in the June 25, 2012, order, within thirty (30) days of the date of service of this order.

<u>Failure to comply may result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **December 3, 2012**                        /s/ *Dennis L. Beck*
                                                                                 UNITED STATES MAGISTRATE JUDGE