# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIPOSA COUNTY SHERIFF DEPT. et al.,<br><br>　　　　　Defendants. | Case No. 1:12-cv-00501-AWI-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF COMPLAINT AS MOOT<br><br>(ECF No. 31) |

　　　Plaintiff filed a motion for service of the complaint in this action on June 19, 2013. On May 16, 2013, the United States Marshal effected personal service on Defendants Mariposa County Sheriff Department, Deputy Boehm, Deputy Rumfelt, Deputy Ramirez, and Deputy King. The U.S. Marshal filed the return of service on July 15, 2013. Accordingly,

　　　IT IS HEREBY ORDERED that Plaintiff's motion for service of the complaint, filed June 19, 2013, is DENIED as moot.

IT IS SO ORDERED.

Dated:　**July 23, 2013**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1