# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA,<br>Plaintiff,<br>v.<br>MARIPOSA COUNTY SHERIFF DEPT. et al.,<br>Defendants. | Case No. 1:12-cv-00501-AWI-SAB<br><br>ORDER REQUIRING DEFENDANTS MARIPOSA COUNTY SHERIFF DEPT., BOEHM, KING, RAMERIZ, AND RUMFELT TO SHOW CAUSE WHY THE UNITED STATES MARSHAL'S REQUEST FOR REIMBURSEMENT OF COSTS OF SERVICE SHOULD NOT BE GRANTED<br><br>(ECF No. 33)<br><br>RESPONSE DUE WITHIN TWENTY DAYS |

On January 8, 2013, an order issued directing the United States Marshal ("Marshal") to serve process upon the defendants in this action. (ECF No. 23.) The Marshal was directed to attempt to secure a waiver of service before attempting personal service on the defendants. If a waiver of service was not returned within sixty days, the Marshal was directed to effect personal service on the defendants in accordance with the provisions of Rule 4 of the Federal Rule of Civil Procedure, without prepayment of costs, and to file the return of service with evidence of any attempt to secure a waiver of service and with evidence of all costs subsequently incurred in effecting personal service.

On July 15, 2013, return of service forms were filed showing a waiver of service was mailed to Defendants Mariposa County Sheriff Department, Deputy Boehm, Deputy Rumfelt,

Deputy Ramirez, and Deputy King on February 6, 2013. Having received no response, personal service was assigned on May 6, 2013. The complaint was served on May 16, 2013. The forms also show total charges of $71.95 for effecting personal service on Defendants Mariposa County Sheriff Department, Deputy Boehm, Deputy Rumfelt, Deputy Ramirez, and Deputy King. (ECF No. 32.) On this same date, the Marshal filed a request for a court order requiring Defendants to reimburse the costs incurred by the Marshal for personal service, pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure. (ECF No. 33.)

Rule 4(d)(1) of the Federal Rules of Civil Procedure provides in part that an individual "that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons."

> If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant:
>
> (A) the expenses later incurred in making service. . . .

Fed. R. Civ. P. 4(d)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty (20) days from the date of service of this order, Defendants Mariposa County Sheriff Department, Deputy Boehm, Deputy Rumfelt, Deputy Ramirez, and Deputy King shall show cause why the Marshal's Request for Reimbursement, filed on July 15, 2013, should not be granted;

2. Defendants' failure to comply with this order shall result in an order requiring Defendants Mariposa County Sheriff Department, Deputy Boehm, Deputy Rumfelt, Deputy Ramirez, and Deputy King to reimburse the Marshal for costs of personal service; and

///

///

///

3. The Clerk's Office is directed to serve a copy of this order on the Mariposa County Sheriff's Office, Litigation Coordinator, 5099 Old Highway Rd., P.O. Box 276, Mariposa, CA 95338.

IT IS SO ORDERED.

Dated: **July 23, 2013**

UNITED STATES MAGISTRATE JUDGE