# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIPOSA COUNTY SHERIFF DEPT. et al.,<br><br>　　　　　Defendants. | Case No.  1:12-cv-00501-AWI-SAB<br><br>ORDER REQUIRING COUNSEL TO PROVIDE ADDITIONAL DOCUMENTATION<br><br>FIFTEEN DAY DEADLINE |

On November 27, 2013, counsel filed a response to the order of this Court requiring him to respond to Plaintiff's allegations regarding the dismissal with prejudice in <u>Hanna v. County of Mariposa</u>, 1:12-cv-01885-AWI-SAB (E.D. Cal.).  In his response, counsel stated that Ms. Ritter had power of attorney to act on behalf of Plaintiff at the time that the action was dismissed. Accordingly, within fifteen days from the date of service of this order, the power of attorney that was in effect on February 20, 2012 shall be filed with this Court.

IT IS SO ORDERED.

Dated:　**December 4, 2013**　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1