# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIPOSA COUNTY SHERIFF DEPT. et al.,<br><br>    Defendants. | Case No. 1:12-cv-00501-AWI-SAB<br><br>ORDER VACATING HEARING AND REFERRING MATTER TO MAGISTRATE JUDGE |

On December 20, 2013, Plaintiff filed a declaration of Renee Ritter. (ECF No. 81.) On December 31, 2013, Defendants filed a motion to stike the declaration and set the hearing before Judge Ishii on February 10, 2014. (ECF No. 83.) This is a nondispositive motion that may be decided by the magistrate judge. Accordingly, the hearing set for February 10, 2014 in Courtroom 2 is HEREBY VACATED. This motion is referred to the magistrate judge for decision.

IT IS SO ORDERED.

Dated: January 10, 2014

SENIOR DISTRICT JUDGE