# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIPOSA COUNTY SHERIFF DEPT., et al.,<br><br>　　　　　Defendants. | Case No. 1:12-cv-00501-AWI-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION WITHIN FOURTEEN DAYS<br><br>(ECF No. 83) |

Plaintiff filed the declaration of Renee Ritter on December 20, 2013. (ECF NO. 81.) On December 31, 2013, Defendants filed a motion to strike the declaration. (ECF No. 83.) On January 10, 2014, District Judge Anthony W. Ishii vacated the scheduled hearing and referred the motion to the undersigned. (ECF No. 88.) The Court finds that this motion is suitable for decision without a hearing.

///

///

///

///

1

Accordingly, Plaintiff is HEREBY ORDERED to file an opposition, if any, to the motion to strike the declaration of Renee Ritter within fourteen days of the date of service of this order.

IT IS SO ORDERED.

Dated: **January 13, 2014**

UNITED STATES MAGISTRATE JUDGE