# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA,<br><br>   Plaintiff,<br><br>   v.<br><br>MARIPOSA COUNTY SHERIFF DEPT. et al.,<br><br>   Defendants. | Case No. 1:12-cv-00501-AWI-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO FILE DOCUMENTS IN CASE NO. 1:12-CV-01885-AWI-SAB<br><br>(ECF Nos. 55, 56, 72, 79) |

   On November 12, 2013, District Court Judge Anthony Ishii issued an order relating this action to <u>Hanna v. County of Mariposa County</u>, 1:12-cv-01885-AWI-SAB (E.D. Cal.).

   Upon review of the two actions, IT IS HEREBY ORDERED that the Clerk's Office shall file Counsel's response to order to show cause (ECF No. 55), order requiring additional documentation (ECF No. 56), Plaintiff's declaration of intent (ECF No. 72), and Counsel's response to order to show cause (ECF No. 79) in Case No. 1:12-cv-01885-AWI-SAB.

IT IS SO ORDERED.

Dated: __**January 14, 2014**__              _____
                                             UNITED STATES MAGISTRATE JUDGE

1