# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIPOSA COUNTY SHERIFF DEPT., et al.,<br><br>　　　　　Defendants. | Case No. 1:12-cv-00501-AWI-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO FILE DOCUMENT IN CASE NO. 1:12-CV-01285-AWI-SAB<br><br>(ECF No. 94) |

On January 23, 2014, Plaintiff Richard Hanna filed a motion to set aside the final judgment in <u>Hanna v. County of Mariposa</u>, 1:12-cv-01885-AWI-SAB, in this action. Accordingly, the Clerk of the Court is DIRECTED to file the motion to set aside final judgment in Case No. 1:12-cv-01885-AWI-SAB and terminate the motion in this case.

IT IS SO ORDERED.

Dated: **January 24, 2014**

UNITED STATES MAGISTRATE JUDGE

1