# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIPOSA COUNTY SHERIFF DEPT. et al.,<br><br>    Defendants. | Case No.  1:12-cv-00501-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 93, 97) |

    Plaintiff Richard Charles Hanna is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 27, 2014, the Magistrate Judge filed a Findings and Recommendations recommending denying Plaintiff's motion for injunctive relief which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  More than thirty days have passed and no objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 27, 2014, is ADOPTED IN FULL;
2. Plaintiff's motion for injunctive relief, filed January 23, 2014 is DENIED; and
3. This action is referred back to the magistrate judge.

IT IS SO ORDERED.

Dated:   March 6, 2014

SENIOR  DISTRICT  JUDGE