# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIPOSA COUNTY SHERIFF DEPT., et al.,<br><br>　　　　　Defendants. | Case No.  1:12-cv-00501-AWI-SAB<br><br>ORDER STRIKING OBJECTION<br><br>(ECF No. 106) |

On March 17, 2014, the Magistrate Judge filed a Findings and Recommendations in a related action, Hanna v. County of Mariposa, 1:12-cv-01885-AWI-SAB (E.D. Cal.).  Plaintiff filed an objection to the findings and recommendations in both actions.  Plaintiff's objection does not apply to this action.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's objection the findings and recommendations is STRICKEN FROM THE RECORD in this action.

IT IS SO ORDERED.

Dated:  **April 16, 2014**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1