# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA, | Case No. 1:12-cv-00501-AWI-SAB |
| Plaintiff, | ORDER DENYING MOTION FOR COURT RECORDS AND TRANSCRIPTS |
| v. | (ECF No. 124) |
| MARIPOSA COUNTY SHERIFF DEPT., et al., | |
| Defendants. | |

On August 15, 2014, Plaintiff Richard Hanna filed a motion for court records and transcripts of a hearing held in a related case, Hanna v. County of Mariposa, No. 1:12-cv-01885-AWI-SAB. As Plaintiff was advised when he filed his similar request in Hanna v. County of Mariposa:

> the expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted). The in forma pauperis statute does not authorize the expenditure of public funds to provide copies of transcripts. To request a copy of the transcripts of the evidentiary hearing held on March 13, 2014, Plaintiff is directed to the court's website at www.caed.uscourts.gov. The Transcript Order Form (CAED 435) is available under Forms; Civil Forms. Plaintiff is advised that the Court Reporter for the hearing was Karen Hooven. To obtain the estimated cost of the hearing transcript, Plaintiff may contact Ms. Hooven at (559) 264-0584.

Hanna v. County of Mariposa, No. 1:12-cv-01885-AWI-SAB, 1-2 (E.D. Cal. July 7, 2014) at ECF No. 49.

1

1 Similarly, the in forma pauperis statute does not authorize the expenditure of public funds
2 to provide copies of documents filed in this action nor does the Clerk's Office provide free
3 copies of documents to parties. Plaintiff was provided with a copy of the documents presented in
4 the evidentiary hearing. If Plaintiff needs an additional copy of the exhibits admitted during the
5 evidentiary hearing, copies up to 20 pages may be made by the Clerk's Office at a charge of $.50
6 per page.

7 Based on the foregoing, Plaintiffs motion for court records and transcripts is HEREBY
8 DENIED.

IT IS SO ORDERED.

Dated: **August 18, 2014**

UNITED STATES MAGISTRATE JUDGE