# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIPOSA COUNTY SHERIFF DEPT., et al.,<br><br>    Defendants. | Case No. 1:12-cv-00501-AWI-SAB<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br><br>(ECF No. 130) |

On July 23, 2014 an order issued directing the United States Marshal to re-serve Defendants King, Boehm, Rumfelt and Ramirez. (ECF No. 118.) On August 11, 2014, a waiver of service for Defendant Rumfelt was returned. (ECF No. 123.) On September 4, 2014, a waiver of service was returned for Defendants Boehm, King, and Ramirez. (ECF No. 129.) On September 24, 2014, Plaintiff filed a request for entry of default. (ECF No. 130.)

In his request Plaintiff asserts that the time for Defendants to respond has passed and they have failed to file an answer to his complaint. Pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure, a defendant who returns a waiver of service need not serve an answer to the complaint until 60 days after the request was sent. The requests in this instance were sent on August 1, 2014. Therefore, Defendants have until September 30, 2014 to file a responsive pleading in this action.

1 | Accordingly, Plaintiff's request for entry of default is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **September 25, 2014**

UNITED STATES MAGISTRATE JUDGE