**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD CHARLES HANNA,**<br><br>    Plaintiff<br><br>    v.<br><br>**MARIPOSA COUNTY SHERIFF'S DEPARTMENT, et al.,**<br><br>    Defendants | **OLD CASE NO. 1:12-CV-501 AWI SAB**<br><br>**NEW CASE NO. 1:12-CV-501 SAB**<br><br>**ORDER REASSIGNING CASE FOR ALL PURPOSE TO MAGISTRATE JUDGE STANLEY A. BOONE**<br><br>(Doc. Nos. 140, 150) |

On October 20, 2014, Plaintiff consented to Magistrate Judge jurisdiction. See Doc. No. 140. On October 31, 2014, Defendants consented to Magistrate Judge Jurisdiction. See Doc. No. 150. All parties to this action having voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, it is appropriate to reassign this matter to the docket of Magistrate Judge Stanley A. Boone.

Accordingly,  IT IS HEREBY ORDERED that:

1. This action is assigned to United States Magistrate Judge Stanley A. Boone for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

2. The Clerk is directed to assign this action in its entirety to Magistrate Judge Stanley A. Boone; and

3. The new case number for this matter shall be 1:12-cv-501 SAB and the parties shall use case number 1:12-cv-501 SAB  in all further filings.

IT IS SO ORDERED.

Dated:   November 3, 2014                    _____

SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28