# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUTY BOEHM, et al.,<br><br>        Defendants. | Case No.  1:12-cv-00501-AWI-SAB<br><br>ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF No. 176) |

The parties participated in a settlement conference before the Honorable Gary S. Austin on June 16, 2015, in which this action was settled.  (ECF No. 176.)  Accordingly, IT IS HEREBY ORDERED that:

  1. All pending dates in this action are VACATED; and

  2. The parties shall file dispositional documents within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 16, 2015**

UNITED STATES MAGISTRATE JUDGE

1