# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY BOEHM, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00501-SAB<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) AND DIRECTING THE CLERK OF THE COURT TO CLOSE THE ACTION<br><br>(ECF No. 178) |

On June 16, 2015, the parties to this action reached settlement. On July 6, 2015, Plaintiff, Richard Hanna, filed a notice of voluntary dismissal.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED WITH PREJUDICE in its entirety;
2. Each party shall bear his or its own attorneys' fees and costs;
3. All pending motions are terminated; and
4. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **July 6, 2015**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE